# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1515

_____

Angela Manns, M.D., M.P.H.,     *
    *
       Appellant,     *
    *
     v.     *   Appeal from the United States
    *   District Court for the
University of Arkansas Medical Center;   *   Eastern District of Arkansas.
National Institutes of Health; U.S.     *
Public Health Service; Howard     *   [UNPUBLISHED]
University,     *
    *
       Appellees.     *

_____

Submitted: March 31, 2009
Filed: April 3, 2009

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Angela Manns appeals the district court's[1] dismissal of her employment-discrimination action. Upon careful review, see Owen v. General Motors Corp., 533 F.3d 913, 918 (8th Cir. 2008), we conclude that dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.